AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 08, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOE LUIS REYES, JR. <br> *Plaintiff* <br> v. <br><br> ROBERT H. WHALEY <br> *Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No.   2:26-cv-176-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The First Amended Complaint, ECF No. 11, is DISMISSED with prejudice for failure to state a claim upon which relief
may be granted under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   EDWARD F. SHEA _____

Date:   7/8/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*